# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BONNIE ABRAHAM, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | **Case No.: 3:12-cv-1326-ARC** |
| ) | |
| PORTFOLIO RECOVERY ) | |
| ASSOCIATES, LLC, a wholly-owned ) | |
| subsidiary of PORTFOLIO ) | |
| RECOVERY ASSOCAITES, INC. ) | |
| ) | |
| Defendant ) | |

## NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses her Complaint with prejudice.

Dated: October 24, 2012

BY:/s/Tara L. Patterson
Tara L. Patterson, Esquire
Attorney ID # 88343
Kimmel & Silverman, P.C.
30 E. Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888
Facsimile: (877)-788-2864
Email: tpatterson@creditlaw.com